GARY Y. LEUNG (Cal. Bar No. 302928)
Email: leungg@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
YOLANDA OCHOA (Cal. Bar No. 267993)

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH T. IANNELLI and ESSEX CAPITAL CORPORATION,<br><br>Defendants. | Case No. 2:18-cv-05008<br><br>**PLAINTIFF SEC'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: July 16, 2018<br>Time: 10:00 a.m.<br>Ctrm: TBD<br>Judge: TBD |

1  **TO DEFENDANTS AND THEIR COUNSEL:**

2  **PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move for an order granting the SEC's Motion for Preliminary Injunction. The SEC's motion will be heard, if at all, at this Honorable Court, located at 350 W. First Street, Los Angeles, CA 90012, on July 16, 2018 at 10:00 a.m., or at such time and date as are set by the Court.

The SEC's motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure, and is based on the SEC's accompanying Memorandum of Points and Authorities, the Declaration of Rhoda Chang In Support of the SEC's Motion for Preliminary Injunction and the exhibits attached thereto, the Declaration of Yoland Ochoa In Support of the SEC's Motion for Preliminary Injunction and the exhibits attached thereto, and any additional evidence or argument that the SEC may present to the Court in support of its motion.

Dated: June 5, 2018

   */s/ Gary Y. Leung*
   GARY Y. LEUNG
   DOUGLAS M. MILLER
   YOLANDA OCHOA
   Attorneys for Plaintiff
   Securities and Exchange Commission

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 5, 2018, I caused to be served the document entitled **PLAINTIFF SEC'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☒ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 5, 2018      */s/ Gary Y. Leung*
                        GARY Y. LEUNG

1

## SEC v. RALPH T. IANNELLI, et al.
## United States District Court—Central District of California
## Case No. 2:18-cv-05008

### SERVICE LIST

Ralph T. Iannelli
1486 East Valley Road
Montecito, CA 93108

Essex Capital Corporation
1486 East Valley Road
2nd Floor
Montecito, CA 93108