# EXHIBIT 4

Page 280

1    A    Not on every month.

2    Q    Okay.   By the time that Essex Granger 2 entity
3  was formed -- or by the time the April 26, 2016, e-mail
4  was sent, by that point the lease that had been assigned
5  to the Granger 1 portfolio, had you been able to, for
6  every single one of those leases go on, as you put it, a
7  50-50 transaction?

8    A    No leases were assigned.   I believe you said it
9  had been assigned.   So no releases were assigned.

10    Q    Okay.

11    A    We were not able to live up to the one to one
12  principal because we had a number of lessees who had
13  promised.   And I believe we sent you the signed proposals
14  from a number of lessees, who told us that -- we might
15  not have, but we do have these who said, "Well, we're
16  going to -- we, XYZ Company, will lease $5 million of
17  equipment from Essex Capital over this period time." And
18  based on lack of funding or lack of demand, or both, we
19  had a significant short fall between promised equipment
20  to finance and actual equipment that was financed by any
21  source.

22    Q    Have you told Granger Management or anybody
23  from -- or have you told Granger Management or Gerri or
24  Andy or Ryan Donovan that you were not able to live up to
25  this 50-50 intent?

EXHIBIT 4 PAGE 162

Page 281

1    A     There was no specific conversation about the
2  one to one, but they were aware that we haven't have
3  signed those leases as explained in my letter to them --
4  e-mail, pardon me, to Andy Walter and Gerri McManus.
5      Q    Okay.  And that's the e-mail you sent to them
6  after you received the SEC subpoena; right?
7      A    You know, I don't have it in front of me.  I
8  believe it was, but I don't have that in front of you.
9                      (SEC Exhibit No. 72 was referred
10                      to.)
11     Q    I'm handing you what's previously been marked
12 as Government Exhibit 72.  A copy has been handed to your
13 attorney.  Take a look at previously marked Exhibit 72
14 while I describe it for the record.  Government Exhibit
15 72 is Bates labeled SEC-Granger-E-0018104 through 18105
16 and there was a third page, which is a spreadsheet.  Top
17 left of the spreadsheet states, Essex Capital Corporation
18 current leases.
19          Do you recognize the attachment to Government
20 Exhibit 72?
21     A    The third page?
22     Q    Yes.
23     A    It appears to me to be current leases that
24 Essex Capital has.
25     Q    Okay.  If you look at first page of Government

EXHIBIT 4 PAGE 163

Page 320

1   was encumbered by bank loans at Montecito Bank and Trust.
2   Some were investor funds.  Fortunately all those
3   obligations have been satisfied, even though the lessee
4   stopped paying leases at the end of 2013.
5           Ms. Garvey is still getting interest on both of
6   the notes for $100,000 each or her brokerage account is.
7       Q    Okay.  So we'll ask that you go ahead and go
8   back and look at all the UCC filings and confirm whether
9   you have filed for these things and any others within --
10  well, this is a 2013 and 2015.  Any others within the
11  time period that actually reference a security interest.
12      A    Of course.
13      Q    And you also confirm whether or not you do have
14  some sort of schedule or information that would identify
15  which of the notes that are covered by our subpoena
16  actually have a reference to security interest.
17      A    Sure.
18      Q    Mr. Iannelli, what's your net worth?
19      A    That's determined by a number of factors about
20  the value of my house.  I would say that my net worth is,
21  depending upon what the value of my investment in Essex
22  is, I'm not -- I'm not dodging the question.  I just want
23  to be responsive.  Whatever I say, I'm going to be wrong,
24  but I would think if I had to liquidate every asset I
25  owned, my personal property, home -- I'll shut my cell

EXHIBIT 4 PAGE 164

Page 321

1   phone off in case my wife is listening -- 15 to $20
2   million.
3        Q    Okay.  So let's -- so we -- you did provide
4   your bank account statements and your brokerage account
5   statements.
6        A    Uh-huh.
7        Q    So as of -- as of February 28, 2017, your net
8   portfolio value was $1.6 million dollars?
9        A    This is -- this is personal?
10            MS. CHANG:  Yeah, personal.  The brokerage
11   accounts.
12            THE WITNESS:  Yeah.  Right.  Right.
13            BY MS. CHANG:
14        Q    And then separately you have combined a bank
15   balance about one million.
16            Does that sound right?
17        A    I'm sorry, what was the date again?
18        Q    At the end of February 28?
19        A    Of 17?
20            MS. OCHOA:  This year.
21            THE WITNESS:  I -- yeah, I mean -- you guys
22   have all my statements.  So you probably know better than
23   I do.
24            BY MS. OCHOA:
25        Q    So that brings us to 2.6million.  And in

EXHIBIT 4 PAGE 165

Page 323

1    difference between my mortgage is and the property in New

2    York is fully paid for that's worth approximately two and

3    a half million dollars.  The difference between my

4    mortgage -- I mean, your house is worth what somebody's

5    willing to pay for it; right?  But I think a reasonable

6    value on my house net of a two-plus million dollar

7    mortgage would be about seven to $8 million, depending

8    upon finding the right buyer.

9            BY MS. CHANG:

10       Q    I'm sorry, you just said it's net?

11       A    Net of the mortgage.  And it's an arbitrary

12   figure, obviously.  So if you add all that up, my wife

13   has the balance of an annuity.  I mentioned yesterday, we

14   cashed in a million to put it into Essex.

15           BY MS. OCHOA:

16       Q    So what it is the balance?

17       A    About a half a million dollars.  She has an IRA

18   for about half a million dollars.  I believe you have

19   these accounts.  I think she has a brokerage account of

20   about $280,000.  The value of the interactive brokerage

21   account that's unfortunately about $2.4 million now

22   because it's fairly populated with NEOS Therapeutics,

23   which has gone up since February.  I guess that's it.

24       Q    So this -- your -- the personal guarantee that

25   you issued far exceed your personal -- your net worth;

EXHIBIT 4 PAGE 166

Page 324

1    right?

2         A    Yes.

3              BY MR. BLAU:

4         Q    Did you know that at the time that you made the

5    personal guarantees?

6         A    Did I -- did I know that the guarantees --

7    well, I looked at personal guarantees in conjunction with

8    through to four different things.  Number 1 there was an

9    Essex guarantee.  Number 2, there was a personal

10   guarantee.  Number 3 and certainly all the bank loans

11   there were security interests held by the bank, meaning,

12   that the lease payments were -- if I guaranteed $20

13   million at Montecito Bank and Trust -- the reason it was

14   explained to me that Montecito Bank and Trust required me

15   to put personal guarantees is that Montecito bank and

16   trust is a community bank and a number of the lessees

17   were out of their footprint.  So the banking regulators

18   made them have a local borrower.  And the local borrower

19   was Essex capital and the local borrower was me.

20        Q    So getting back to my question, and when you

21   personally guarantee 60 million, if not more, worth of

22   loans, you described to us about 10 to $15 million net

23   worth, did you know that your personal net worth could

24   not back up the personal guarantees you made?

25        A    It could not on its own.  I knew that.

EXHIBIT 4 PAGE 167

```
                                                    Page 325
1            BY MS. OCHOA:
2       Q    Did you tell that to the promissory knotholes
3    who you were giving personal loan guarantees to?
4       A    I don't want to use the word "none" because
5    that could be an exaggeration.  But to the best of my
6    recollection, no one asked me -- I did not tell them.
7    Okay?  We'll just leave it at that.
8            BY MR. BLAU:
9       Q    Did you think that your personal guarantee was
10   important to them in deciding to loan money to you and to
11   Essex?
12      A    I think they felt better knowing that I was
13   personally guaranteeing the note.
14      Q    Did you have any reason to believe they
15   wouldn't have loaned you the money had you not given them
16   the personal guarantee?
17      A    I have no reason to believe that, no.
18                       (SEC Exhibit No. 45 was referred
19                       to.)
20           BY MS. OCHOA:
21      Q    I'm handing you what's been previously marked
22   as Government Exhibit 44, the document that was produced
23   by Mr. Van Wyk and it appears to be a balance sheet as of
24   December 31, 2015 for Ralph and Melissa Iannelli.
25           Do you recognize Government Exhibit 44?
```

EXHIBIT 4 PAGE 168

```
 1                        PROOFREADER'S CERTIFICATE

 2

 3  In The Matter of:    ESSEX CAPITAL CORP.

 4  Witness:             Ralph Iannelli

 5  File Number:         LA-04787-A

 6  Date:                Thursday, November 16, 2017

 7  Location:            Los Angeles, CA

 8

 9            This is to certify that I, Maria E. Paulsen,

10  (the undersigned), do hereby swear and affirm that the

11  attached proceedings before the U.S. Securities and

12  Exchange Commission were held according to the record and

13  that this is the original, complete, true and accurate

14  transcript that has been compared to the reporting or

15  recording accomplished at the hearing.

16

17                                          12/1/2017

18  (Proofreader's Name)              (Date)

19

20

21

22

23

24

25
```

EXHIBIT 4 PAGE 169

```
 1                      CERTIFICATION

 2                          OF

 3              CERTIFIED SHORTHAND REPORTER

 4

 5          I, the undersigned, a Certified Shorthand

 6   Reporter of the State of California do hereby certify:

 7          That the foregoing proceedings were taken

 8   before me at the time and place herein set forth;

 9   that any witnesses in the foregoing proceedings, prior

10   to testifying, were placed under oath; that a verbatim

11   record of the proceedings was made by me using machine

12   shorthand which was thereafter transcribed under my

13   direction; further, that the foregoing is an accurate

14   transcription thereof.

15          I further certify that I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney of any of the parties.

18          IN WITNESS WHEREOF, I have this date

19   subscribed my name:   December 1. 2017.

20

21

22              Lisa Hess

23              Lisa Hess
                Certificate Number 13045
24

25
```