# EXHIBIT 17

| | |
|---|---|
| From: | David Styka <DStyka@revance.com> |
| Sent: | Wednesday, February 12, 2014 7:12 PM |
| To: | ralph@essexcapitalcorp.com |
| Cc: | Lauren Silvernail <lsilvernail@revance.com> |
| Subject: | Essex Capital Equity holdings |
| Attach: | Pro-Forma Cap Table_IPO_12FEB2014_EC.xlsx |

Ralph:

I understand from Lauren that you were inquiring about your equity holdings post-IPO. Attached please find our pro-forma estimate of your holdings post-IPO. The final calculations are being vetted by our attorney's and our transfer agent and formal notification with final share calculations will be sent by the transfer agent in the coming weeks.

Please let me know if you have any questions.

Best regards,

David

David Styka
SVP Finance & Administration

Email: dstyka@revance.com

CONFIDENTIALITY NOTICE: The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.



**Essex Capital Stock Summary**

| | Total Shares Pre-Split | Total CSE's Post-Split | Exercise Price Post-Split | Notes |
|---|---|---|---|---|
| Series E-3 | 238,088 | 15,872 | | |
| Series E-4 | 551,545 | 36,769 | | |
| Series E-5 | 428,093 | 28,539 | | |
| Series E-3 Warrants | 112,249 | 7,482 | $31.5015 | These Warrants survive the IPO |
| Series E-5 Warrants | 370,370 | 24,690 | $20.2500 | These Warrants survive the IPO |
| Series E Common Warrants (net-exercised) | 159,976 | 10,557 | | |
| Convertible Notes | | 17,307 | | |
| Note Warrants (net-exercised) | | 4,285 | | |
| Totals | 1,860,321 | 145,501 | | |

## Revance Therapeutics, Inc.
## Warrant Holder Report
### As of 2/5/2014

| Holder Name | Class Exercisable | Warrant Number | Warrant Date | Issue Reason | Pre-split CSE | Purchase Price | Post-Split CSE 15:1 | Post-Split Purchase Price | Net Exercise Shares | Warrants Outstanding | Expiration Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Essex Capital Corporation | COMMON | CW-12 | 1/24/2011 | Original Issuance | 3,545 | $0.0100 | 236 | $0.1500 | 233 | | 1/24/2018 | Convertible Note-First Term Loan Jan 2011 |
| Essex Capital Corporation | COMMON | CW-39 | 2/18/2011 | Original Issuance | 3,545 | $0.0100 | 236 | $0.1500 | 233 | | 2/18/2018 | Convertible Note-Second Term Loan Feb 2011 |
| Essex Capital Corporation | COMMON | CW-61 | 3/28/2011 | Original Issuance | 3,545 | $0.0100 | 236 | $0.1500 | 233 | | 3/28/2018 | Convertible Note-Third Term Loan Mar 2011 |
| Essex Capital Corporation | COMMON | CW-83 | 5/31/2011 | Original Issuance | 4,800 | $0.0100 | 320 | $0.1500 | 317 | | 5/31/2018 | Convertible Note-Forth Term Loan May 2011 |
| Essex Capital Corporation | COMMON | CW-96 | 6/14/2011 | Original Issuance | 4,800 | $0.0100 | 320 | $0.1500 | 317 | | 6/14/2018 | Convertible Note-Forth Term Loan May 2011 |
| Essex Capital Corporation | COMMON | CW-108 | 9/6/2012 | Original Issuance | 4,800 | $0.0100 | 320 | $0.1500 | 317 | | 9/6/2019 | Convertible Note-Fifth Loan Sept 2012 |
| Essex Capital Corporation | COMMON | CW-133 | 10/30/2012 | Original Issuance | 3,449 | $0.0100 | 229 | $0.1500 | 226 | | 10/30/2019 | Convertible Note-Sixth Loan Oct 2012 |
| Essex Capital Corporation | COMMON | CW-159 | 12/6/2012 | Original Issuance | 3,065 | $0.0100 | 204 | $0.1500 | 202 | | 12/6/2019 | Convertible Note-Seventh Loan Dec 2012 |
| Essex Capital Corporation | COMMON | CW-194 | 3/29/2013 | Original Issuance | 44,147 | $0.0100 | 2,943 | $0.1500 | 2,915 | | 3/29/2020 | |
| Essex Capital Corporation | COMMON | CW-212 | 4/12/2013 | Original Issuance | 44,147 | $0.0100 | 2,943 | $0.1500 | 2,915 | | 4/12/2020 | |
| Essex Capital Corporation | COMMON | CW-230 | 5/24/2013 | Original Issuance | 40,133 | $0.0100 | 2,675 | $0.1500 | 2,649 | | 5/24/2020 | |
| Essex Capital Corporation | SERIES E-3 | PE3W-03 | 3/29/2013 | Conversion | 50,000 | $2.1001 | 3,333 | $31.5015 | | 3,333 | 8/30/2019 | Conversion on 3/29/13 from Series D Warrant No. PDW-05.1 for 23,596 shares with exercise price of $4.45 per share. |
| Essex Capital Corporation | SERIES E-3 | PE3W-04 | 3/29/2013 | Conversion | 30,191 | $2.1001 | 2,012 | $31.5015 | | 2,012 | 11/8/2019 | Conversion on 3/29/13 from Series D Warrant No. PDW-05.2 for 14,248 shares with exercise price of $4.45 per share. |
| Essex Capital Corporation | SERIES E-3 | PE3W-05 | 3/29/2013 | Conversion | 32,058 | $2.1001 | 2,137 | $31.5015 | | 2,137 | 11/8/2019 | Conversion on 3/29/13 from Series D warrant No. PDW-05.3 for 15,129 shares with exercise price of $4.45 per share |
| Essex Capital Corporation | SERIES E-5 | EPW-1 | 12/24/2013 | Original Issuance | 185,185 | $1.3500 | 12,345 | $20.2500 | | 12,345 | 12/20/2018 | |
| Essex Capital Corporation | SERIES E-5 | EPW-2 | 1/27/2014 | Original Issuance | 185,185 | $1.3500 | 12,345 | $20.2500 | | 12,345 | 12/20/2018 | Loan and Lease Agreement 12/20/13 - 2nd $2.5m draw down |
| **Grand Total** | | | | | **642,595** | | **42,834** | | **10,557** | **32,172** | | |

### Assumptions
| | |
|---|---|
| Reverse Split | 15x |
| IPO Price | $16.00 |

REVANCE-SEC00001849-2

EXHIBIT 17 PAGE 284

### Revance Therapeutics, Inc. - Convertible Promissory Notes Ledger

| Note Holders | Interest Rate | Note Issuance Date | Principal amount of Note | Days of Interest Through 10/7/2014 | Interest Accrued through 10/7/2014 | Total Principal and Interest accrued | Conversion Stock | No. of shares of Capital Stock issued upon conversion | Warrant Exercise Shares @ 25% (Post Split) | Common Warrant Net Exercise Shares |
|---|---|---|---|---|---|---|---|---|---|---|
| **2013 Bridge Financing** | | | | | | | | | | |
| Essex Capital Corporation | 12% | 11/18/13 | $250,000.00 | 323 | $26,916.67 | $276,916.67 | Common | 17,307 | 4,326 | 4,285 |
| Total | | | $250,000.00 | | $26,916.67 | $276,916.67 | | 17,307 | 4,326 | 4,285 |

| Assumptions | |
|---|---|
| Warrant price pre-split | $0.01 |
| Warrant price post-split (15x) | $0.15 |
| IPO Price | $16.00 |
| % of Warrants on Convertible Debt | 25% |
| Accrue interest through: | 10/07/14 |