# EXHIBIT 4



# ESSEX CAPITAL CORPORATION

## CONSOLIDATED FINANCIAL STATEMENTS

### DECEMBER 31, 2015



**D**AMITZ
**B**ROOKS
**N**IGHTINGALE
**T**URNER
**M**ORRISSET

### INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

To the Shareholder
Essex Capital Corporation
Santa Barbara, California

The Shareholder is responsible for the accompanying financial statements of Essex Capital Corporation, which comprise the consolidated balance sheet as of December 31, 2015, and the related consolidated statements of operations, shareholder's deficit and cash flows for the year then ended, and the related notes to the financial statements in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards of Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The Company has investments in private equity securities for which the Shareholder believes it is not practicable to determine fair value. These investments have been stated at cost or at the Shareholder's estimate of fair value based on the most current available transactions for the investments. Accounting principles generally accepted in the United States of America require that the investments be stated at fair value. The effect on the financial statements of this difference is not reasonably determinable.

As discussed in Note 16 to the financial statements, certain errors resulting in an overstatement of previously reported investments as of December 31, 2015 and 2014 as well as an overstatement of notes receivable as of December 31, 2015, were discovered by management of the Company subsequent to the issuance of our report on those financial statements dated April 8, 2016. Accordingly, an adjustment has been made to retained earnings as of January 1, 2015, to correct these errors.

Member
Division for CPA Firms AICPA

Certified Public Accountants and Consultants
A Professional Corporation

200 East Carrillo Street, Suite 303, Santa Barbara, CA 93101  805-963-1837  Fax 805-564-2150

Allinial GLOBAL

SEC-DBNTM-E-0011311
EXHIBIT 4 PAGE 57



As discussed in Note 17, certain conditions indicate that the Company may be unable to continue as a going concern. The accompanying financial statements do not include any adjustments to the financial statements that might be necessary should the Company be unable to continue as a going concern. Our conclusion is not modified with respect to that matter.

*Damitz, Brooks, Nightingale, Turner & Morrisset*

Damitz, Brooks, Nightingale,
Turner & Morrisset
May 26, 2017

## ESSEX CAPITAL CORPORATION
### Consolidated Balance Sheet
### December 31, 2015

### Assets

| | |
|---|---:|
| **Current Assets** | |
| Cash | $ 4,562,081 |
| Current portion of notes receivable | 105,678 |
| Investments in marketable securities | 24,786,593 |
| Other current assets | 110,835 |
| Total current assets | 29,565,187 |
| *Assets held for lease, net* | 18,211,646 |
| **Other Assets** | |
| Investments | |
| Private equity, at cost | 5,924,963 |
| Private equity, at estimated fair value | 4,607,927 |
| Notes receivable, less current portion | 8,411,070 |
| Deferred tax asset | 9,171,000 |
| Due from shareholder | 6,760,721 |
| Total other assets | 34,875,681 |
| **Total Assets** | $ 82,652,514 |

### Liabilities

| | |
|---|---:|
| **Current Liabilities** | |
| Accrued liabilities | 1,309,408 |
| Accrued interest payable | 1,724,256 |
| Income taxes payable | 20,000 |
| Deferred tax liability | 2,626,000 |
| Current portion of recourse notes payable | 7,758,497 |
| Current portion of notes payable | 7,468,472 |
| Current portion of liability to limited partners | 13,452,110 |
| Current portion of non-recourse notes payable | 17,190,786 |
| Total current liabilities | 51,549,529 |
| **Long-term Liabilities** | |
| Recourse promissory notes payable, less current portion | 2,780,509 |
| Notes payable, less current portion | 7,929,191 |
| Liability to limited partners, less current portion | 11,735,831 |
| Non-recourse notes payable, less current portion | 21,019,363 |
| Total long-term liabilities | 43,464,894 |
| Total liabilities | 95,014,423 |

### Shareholder's Deficit

| | |
|---|---:|
| Common stock | 500 |
| Retained deficit | (12,362,409) |
| Total shareholder's deficit | (12,361,909) |
| *Total Liabilities and Shareholder's Deficit* | $ 82,652,514 |

See accompanying notes and independent accountant's compilation report.

## ESSEX CAPITAL CORPORATION
### Consolidated Statement of Operations
### Year Ended December 31, 2015

| | | |
|---|---:|---:|
| *Revenues* | | |
| Leasing income | $ | 9,300,964 |
| Other income | | 419,686 |
| Total revenues | | 9,720,650 |
| | | |
| *Investment income* | | |
| Net investment income, realized | | 929,650 |
| Net investment loss, unrealized | | (2,475,134) |
| Dividend income | | 19,109 |
| Interest income | | 883,974 |
| Total investment loss | | (642,401) |
| | | 9,078,249 |
| | | |
| *Expenses* | | |
| Payroll and related | | 743,239 |
| General and administrative | | 2,256,141 |
| Loss on uncollectible notes receivables | | 3,681,507 |
| Depreciation | | 8,956,685 |
| Leasing expense | | 443,023 |
| Interest expense | | 4,762,466 |
| Total expenses | | 20,843,061 |
| Loss before income taxes | | (11,764,812) |
| Income tax benefit | | (4,722,599) |
| *Net loss* | $ | (7,042,213) |

See accompanying notes and independent accountant's compilation report.

## ESSEX CAPITAL CORPORATION
### Consolidated Statement of Shareholder's Deficit
### Year Ended December 31, 2015

|  | Common Stock | Retained Deficit | Total Shareholder's Deficit |
|---|---|---|---|
| *Balance, December 31, 2014* | $ 500 | $ (5,320,196) | $ (5,319,696) |
| Net loss |  | (7,042,213) | (7,042,213) |
| *Balance, December 31, 2015* | $ 500 | $ (12,362,409) | $ (12,361,909) |

See accompanying notes and independent accountant's compilation report.

## ESSEX CAPITAL CORPORATION
### Consolidated Statement of Cash Flows
### Year Ended December 31, 2015

| | |
|---|---:|
| **Cash Flows From Operating Activities** | |
| Net loss | $ (7,042,213) |
| Adjustment to reconcile net income to net cash provided by operating activities | |
| Depreciation expense | 8,956,685 |
| Net increase in unrealized gain on investments | 2,475,134 |
| Loss on disposal of equipment | 441,955 |
| Loss on uncollectible notes receivable | 3,681,507 |
| Deferred income tax benefit | (4,732,000) |
| (Increase) decrease in: | |
| Other current assets | (85,802) |
| Accured interest on notes receivable | (879,983) |
| Due from shareholder | (2,182,848) |
| Increase (decrease) in: | |
| Accounts payable | (270,184) |
| Accrued liabilities | (73,926) |
| Accrued interest payable | 618,471 |
| Liability to limited partners | (381,904) |
| *Net cash provided by operating activities* | 524,892 |
| | |
| **Cash Flows From Investing Activies** | |
| Purchases of property and equipment | (14,347,381) |
| Proceeds from sale of equipment | 210,565 |
| Purchases of investments | (4,375,384) |
| Proceeds from sale of investments | 109,722 |
| *Net cash used by investing activities* | (18,402,478) |
| | |
| **Cash Flows From Financing Activities** | |
| Proceeds from recourse notes payable | 8,292,824 |
| Principal payments on recourse notes payable | (4,421,184) |
| Proceeds from notes payable | 13,125,249 |
| Principal payments on notes payable | (10,464,396) |
| Proceeds from minority interests in limited partnerships | 10,000,000 |
| Return of capital to limited partners | (1,000,000) |
| Proceeds from non-recourse notes payable | 15,076,677 |
| Principal payments on non-recourse notes payable | (10,788,024) |
| *Net cash provided by financing activities* | 19,821,146 |
| *Net increase in cash and cash equivalents* | 1,943,560 |
| *Cash and cash equivalents, beginning of year* | 2,618,521 |
| *Cash and cash equivalents, end of period* | $ 4,562,081 |

See accompanying notes and independent accountant's compilation report.

ESSEX CAPITAL CORPORATION, INC.
Notes to Consolidated Financial Statements
December 31, 2015

1. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

This summary of significant accounting policies of Essex Capital Corporation, Inc. (the Company) is presented to assist in understanding the Company's consolidated financial statements. The consolidated financial statements and notes are representations of the Company's Shareholder, who is responsible for their integrity and objectivity. These accounting policies conform to accounting principles generally accepted in the United States of America (GAAP) and have been consistently applied in the preparation of the consolidated financial statements.

*Nature of Operations*

The Company was incorporated in 1996 and is based in Santa Barbara, California. The Company acts as a financing source and lessor to credit worthy companies on a nationwide basis, leasing all assets except vehicles and commercial aircraft. The Company, as general partner, sells limited partnership interests as one means of obtaining financing. The Company also provides financing to and makes equity investments in small to medium-sized companies both public and private.

*Basis of Consolidation*

The consolidated financial statements include the accounts of the limited partnerships in which the Company is a general partner. The limited partnerships are consolidated as variable interest entities in accordance with the provisions of Financial Accounting Standards Board (FASB) Accounting Standard Codification (ASC) 810, *Consolidations*. All significant intercompany accounts and transactions have been eliminated in the consolidated financial statements.

*Use of Estimates*

Financial statements prepared in accordance with GAAP require management to make estimates and assumptions that affect certain reported amounts and disclosures. Actual results could differ from those estimates.

*Cash*

For the purpose of the statement of cash flows, cash excludes cash and cash equivalents held for investment.

*Assets Held for Lease*

Assets held for lease consist of property and equipment and are stated at cost. Depreciation of property and equipment is provided using the straight-line method for financial reporting purposes at rates based on the following estimated useful lives:

|  | Years |
|---|---|
| Computer equipment | 2-4 |
| Machinery and equipment | 2-5 |

See independent accountant's compilation report.

1.  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Cont.)

*Assets Held for Lease*

Expenditures for major renewals and betterments that extend the useful lives of property and equipment are capitalized. Expenditures for maintenance and repairs are charged to expense as incurred.

*Notes receivable*

The carrying value of notes receivable represents the face value of the notes and accrued interest receivable. The notes bear interest at rates based on similar risks in the market and the carrying value approximates the fair value of the notes receivable at December 31, 2015. The allowance for doubtful accounts is based on the Shareholder's estimation of the collectability of the notes receivable based ongoing credit evaluations of specific borrower accounts. As of December 31, 2015 there was no allowance provided for notes receivable.

*Investments*

The Company accounts for its investments at fair value with the exception of certain private equity investments for which management believes it is not practicable to determine fair value. Additional information about fair value of investments is contained in Notes 3 and 4.

Accounting Standard Codification (ASC) 820, Fair Value Measurements and Disclosures issued by the Financial Accounting Standards Board (FASB) defines fair value, establishes a framework for measuring fair value, and requires disclosures about fair value measurements. Pursuant to ASC 820, assets and liabilities recorded at fair value are categorized based upon the level of judgment associated with the inputs used to measure fair value. ASC 820 establishes a three-level fair value hierarchy that describes the inputs that are used to measure the fair values of respective assets and liabilities:

*Fair Value Measurements*

Level 1 – Quoted prices are available in active markets for identical investments as of the reporting date.

Level 2 – Pricing inputs, including broker quotes, are generally those other than exchange quoted prices in active markets, which are either directly or indirectly observable as of the reporting date, and fair value is determined through the use of models or other valuation methodologies.

Level 3 – Pricing inputs are unobservable for the investment and includes situations where there is little, if any, market activity for the investment. The inputs into the determination of fair value require significant management judgment or estimation. Investments that are included in this category generally include privately held investments.

See independent accountant's compilation report.

1. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (Cont.)

*Fair Value Measurements (Cont.)*

Following is a description of the valuation methodologies used for assets measured at fair value.

<u>Cash and cash equivalents</u>

Valued at face value. (Level 1)

<u>Marketable securities</u>

Valued utilizing quoted prices available in active markets for identical investments as of the reporting date. (Level 1)

<u>Private Equity</u>

Valued utilizing recent private placement sale transactions, enterprise valuations, or cost (Levels 2 and 3)

The Company holds warrants to purchase the stock of certain private equity investments. Due to the uncertainty of whether these warrants will have any future value the Company has ascribed no value to the warrants as of December 31, 2015.

*Revenue Recognition*

Leasing income is recognized when earned. First lease payments, which are due upon lease execution, are recognized when received.

*Income Taxes*

The provision for income taxes consists of taxes currently due plus deferred income taxes arising from timing differences between recognition of revenue and expenses for financial and income tax reporting purposes. Timing differences result primarily from the use of accelerated methods of depreciation, the recording of unrealized gains and losses related to investments, accrued interest and net operating loss carryforwards, which are not currently recognized or deductible for income tax reporting purposes.

Deferred tax assets and liabilities represent the future tax return consequences of these differences which will either be taxable or deductible when the assets and liabilities are recovered or settled. A valuation allowance is established, when necessary, to reduce deferred income tax assets to the amount expected to be realized. There was no valuation allowance recorded as of December 31, 2015.

See independent accountant's compilation report.

1. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (Cont.)

*Uncertain Tax Positions*

The Company has evaluated its tax positions and has determined that they all meet the "more likely than not" recognition threshold of the Accounting Standards Codification (ASC) 740, *Income Taxes*, issued by the Financial Accounting Standards Board. The Company had no unrecognized tax benefits related to tax positions taken during the year ended December 31, 2015 or for prior periods. The Company is subject to taxation in federal and state jurisdictions. The Company's tax returns from the year 2012 to the present remain open to examination by the IRS for federal tax purposes, and the tax years from 2011 to the present remain subject to examination by the state of California.

*Subsequent Events*

Management has evaluated subsequent events through May 26, 2017, the date the financial statements were available to be issued.

2. **ASSETS HELD FOR LEASE**

Assets held for lease consisting of property and equipment are summarized by major classification as follows as of December 31, 2015:

| | |
|---|---:|
| Computer equipment | $ 1,940,807 |
| Machinery and equipment | 35,852,530 |
| | 37,793,337 |
| Less accumulated depreciation | (19,581,691) |
| | $ 18,211,646 |

Depreciation expense related to property and equipment was approximately $8,957,000 for the year ended December 31, 2015. The carrying value of the property and equipment under lease as of December 31, 2015 was $18,211,646.

During the year ended December 31, 2015 the Company recorded a loss on the sale of certain leased assets of approximately $442,000. These amounts are included in leasing expense in the consolidated statement of operations.

See independent accountant's compilation report.

3. **INVESTMENTS**

As of December 31, 2015, investments consist of the following:

|  | Cost | Fair Value | Excess (Deficit) of Fair Value over Cost |
|---|---|---|---|
| Marketable securities |  |  |  |
| Cash and cash equivalents | $ 260,995 | $ 260,995 | $ - |
| Common stock | 17,044,716 | 24,397,133 | 7,352,417 |
| Publicly traded partnerships | 58,586 | 39,755 | (18,831) |
| Real estate investment trusts | 104,541 | 75,660 | (28,881) |
| Mutual funds | 21,087 | 13,050 | (8,037) |
| Total marketable securities | 17,489,925 | 24,786,593 | 7,296,668 |
| Private equity, at cost | 5,878,759 | 5,924,963 | 46,204 |
| Private equity, at estimated fair value | 4,064,552 | 4,607,927 | 543,375 |
| Total investments | $ 27,433,236 | $ 35,319,483 | $ 7,886,247 |

For the year ended December 31, 2015, investment loss on marketable securities and private equity investments consists of the following:

| | |
|---|---|
| Dividend income | $ 19,109 |
| Realized gains – marketable securities | 929,650 |
| Unrealized losses – marketable securities | (1,979,085) |
| Unrealized gains – private equity, at estimated fair value | 388,125 |
| | $ (642,201) |

4. **FAIR VALUE MEASUREMENTS**

The following sets forth by level, within the fair value hierarchy, the Company's assets at fair value as of December 31, 2015:

|  | Fair Value (Level 1) | Fair Value (Level 2) | Fair Value Level 3 |
|---|---|---|---|
| Marketable securities |  |  |  |
| Cash and cash equivalents | $ 260,995 | $ - | $ - |
| Common stock | 24,397,133 | - | - |
| Publicly traded partnerships | 39,755 | - | - |
| Real estate investment trusts | 75,660 | - | - |
| Mutual funds | 13,050 | - | - |
| Total marketable securities | 24,786,593 | - | - |
| Private equity, at cost | - | - | 5,924,963 |
| Private equity, at estimated fair value | - | - | 4,607,927 |
| Total investments | $ 24,786,593 | $ - | $ 10,532,890 |

See independent accountant's compilation report.

4. **FAIR VALUE MEASUREMENTS** (Cont.)

The table below sets forth a summary of changes in the Company's Level 3 assets for the year ended December 31, 2015:

| | |
|---|---:|
| Beginning balance | $ 30,021,126 |
| Transfers to Level 1 assets | (23,300,000) |
| Purchases | 3,423,639 |
| Distributions | - |
| Unrealized gain | 388,125 |
| Ending balance | $ 10,532,890 |

5. **NOTES RECEIVABLE**

Notes receivable consist of unsecured promissory notes bearing interest rates of 2.5% to 10.0% annually.

The following is a schedule by years of the maturities of the notes receivable:

For the years ending December 31,

| | | |
|---|---|---:|
| 2016 | $ | 110,835 |
| 2017 | | 8,411,070 |
| | $ | 8,521,905 |

Interest income related to notes receivable was approximately $884,000 for the year ended December 31, 2015.

6. **RECOURSE NOTES PAYABLE**

Recourse notes payable consists of notes payable to various unrelated parties bearing interest rates from 3.5% to 10.7% annually. Borrowings under the agreements are personally guaranteed by the shareholder of the Company (Note 13).

The following is a schedule by years of the maturities of the notes payable:

Years ending December 31,

| | | |
|---|---|---:|
| 2016 | $ | 7,758,497 |
| 2017 | | 2,134,163 |
| 2018 | | 646,346 |
| | $ | 10,539,006 |

Interest expense related to recourse notes payable was approximately $489,000 for the year ended December 31, 2015.

See independent accountant's compilation report.

7.  **NOTES PAYABLE**

Notes payable consist of the following as of December 31, 2015:

| | |
|---|---:|
| Notes payable to Montecito Bank & Trust, with interest ranging from 5.125% to 7.25% per annum. Principal and interest payments are payable monthly. The notes mature from January 2015 through November 2017. These notes are secured by certain leased assets owned by the Company. | $ 13,373,158 |
| Lending facility with Choice Bank bearing interest of 8.00% per annum with a borrowing limit of $1,850,000 and maturing December 12, 2015. The facility automatically renews quarterly unless the lender or the Company provide written notice terminating the facility. The facility is secured by certain assets of the Company. | 1,795,325 |
| Note payable to First Republic Bank, with interest at 4.5% per annum. Principal and interest payments are payable monthly. The note matures September 2016. | 229,180 |
| | 15,397,663 |
| Less current portion | (7,468,472) |
| Long-term portion | $ 7,929,191 |

The following is a schedule by year of the maturities of the notes payable:

Years ending December 31,

| | | |
|---|---:|---:|
| 2016 | $ | 7,468,472 |
| 2017 | | 4,681,826 |
| 2018 | | 1,482,406 |
| 2019 | | 1,764,959 |
| | $ | 15,397,663 |

Total interest expense on notes payable was approximately $770,000 for the year ended December 31, 2015.

8.  **LIABILITY TO LIMITED PARTNERS**

The Company is the general partner of various limited partnerships. At partnership inception, the Company contributes the rights to future lease and residual value income for selected assets and the limited partners provide cash contributions. Under the terms of the partnership agreements, the limited partners have the ability to put their ownership of the respective limited partnership at amounts determined at the inception of the partnership based on a minimum return percentage on cash contributed. In addition, the limited partners also have certain rights to receive a portion of the residual income resulting from the sale of the leased equipment or additional lease income should the lessor elect to extend the lease.

See independent accountant's compilation report.

8.     **LIABILITY TO LIMITED PARTNERS** (Cont.)

As of December 31, 2015 the liability to limited partners represent the value of the put option held by the limited partners.

The following is a schedule by year of the maturities of the put options:

Years ending December 31,

| | | |
|---|---|---|
| 2016 | $ | 13,452,110 |
| 2017 | | 11,735,831 |
| | $ | 25,187,941 |

Interest expense related to increase in the value of the put option for liability to limited partners was approximately $974,000 for the year ended December 31, 2015.

9.     **NON-RECOURSE NOTES PAYABLE**

Non-recourse notes payable consists of notes payable to various unrelated parties bearing interest rates from 3% to 10% annually.

The following is a schedule by year of the maturities of the notes payable:

Years ending December 31,

| | | |
|---|---|---|
| 2016 | $ | 17,190,786 |
| 2017 | | 13,893,323 |
| 2018 | | 4,626,040 |
| 2018 | | 2,500,000 |
| | $ | 38,210,149 |

Interest expense related to non-recourse notes payable was approximately $3,330,000 for the year ended December 31, 2015.

10.    **INCOME TAXES**

Income taxes consist of the following components for the year ended December 31, 2015:

| | | |
|---|---|---|
| Current provision: | | |
|    State | $ | 800 |
|    Federal | | 8,601 |
| Deferred benefit: | | |
|    Federal | | (3,971,000) |
|    State | | (761,000) |
| Total income taxes | $ | (4,722,599) |

See independent accountant's compilation report.

10. **INCOME TAXES** (Cont.)

Net deferred tax assets and liabilities consist of the following components at December 31, 2015:

|  | Non-Current |
|---|---|
| Deferred tax asset - Federal | $ 7,931,000 |
| Deferred tax asset - State | 1,240,000 |
|  | $ 9,171,000 |
|  | Current |
| Deferred tax liability - Federal | $ 2,043,000 |
| Deferred tax liability - State | 583,000 |
|  | $ 2,626,000 |

Management believes that it is more likely than not that the Company will generate sufficient taxable income in future periods to realize the benefit of the deferred tax assets at December 31, 2015. Management believes that no valuation allowance is required as of December 31, 2015.

The Company has federal net operating loss carryforwards of approximately $35,043,000 at December 31, 2015. The net operating loss carryforwards expire during the years 2024 to 2035.

The Company also has state net operating loss carryforwards of approximately $24,499,000 at December 31, 2015. The net operating loss carryforwards expire during the years 2016 to 2035.

11. **LEASES**

The Company leases equipment primarily over a three year term. At the conclusion of the lease term the lessee has the option to return the equipment, purchase the equipment based on fair value as determined by the Company, or extend the lease term at a rate determined by the Company. The following is a schedule by years of the future minimum rentals on non-cancelable leases:

Year ending December 31,

| 2016 | $ 6,235,000 |
|---|---|
| 2017 | 1,817,000 |
| 2018 | 691,000 |
|  | $ 8,743,000 |

As of December 31, 2015, the estimated unguaranteed residual value of equipment under lease was approximately $2,265,000.

See independent accountant's compilation report.

12. **COMMON STOCK**

The Company is authorized to issue 1,000 shares of no par value common stock. There were 324 common shares issued and outstanding at December 31, 2015. All shares are owned by the Company's sole shareholder.

13. **RELATED PARTY TRANSACTIONS**

*Due from Shareholder*

Amount due from shareholder consists of unsecured interest-free advances to the sole shareholder. No written terms exist for these amounts.

*Personal Guarantees*

The sole shareholder personally guaranteed recourse notes payable totaling $10,539,006 as of December 31, 2015.

14. **CASH FLOW INFORMATION**

Income taxes paid by the Company were approximately $9,000 for the year ended December 31, 2015. Interest paid by the Company for the year ended December 31, 2015 was approximately $3,981,000.

15. **CONCENTRATIONS**

Financial instruments that potentially subject the Company to concentrations of credit risk consist principally of cash. As of December 31, 2015, substantially all of the Company's cash was maintained in financial institutions. The cash balances held in financial institutions are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 per institution. There were uninsured cash balances of approximately $4,083,000 at December 31, 2015.

16. **REVISIONS TO PREVIOUSLY ISSUED FINANCIAL STATEMENTS**

Certain errors resulting in an overstatement of previously reported investments were discovered subsequent to the issuance of the financial statements dated April 8, 2016. Accordingly, an adjustment of approximately $50,357,000 was made to reduce investments as of the December 31, 2015. A corresponding entry was made to reduce previously reported retained earnings by approximately $14,031,000, which is net of a deferred tax benefit of approximately $9,289,000. In addition certain notes receivable were determined to have been uncollectible as of December 31, 2015 and a loss of approximately $3,682,000 was recorded during the year ended December 31, 2015.

See independent accountant's compilation report.

17. **GOING CONCERN**

As shown in the accompanying financial statements, the Company incurred a net loss of approximately $7,042,213 during the year ended December 31, 2015, and as of that date, the Company's current liabilities exceeded its current assets by approximately $21,984,000 and its total liabilities exceeded its total assets by approximately $12,362,000. Those factors create a substantial doubt about the Company's ability to continue as a going concern for the year following the date the financial statements are available to be issued. The financial statements do not include any adjustments that might be necessary if the Company is unable to continue as a going concern.

See independent accountant's compilation report.