GARY Y. LEUNG (Cal. Bar No. 302928)
Email:  leungg@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email:  millerdou@sec.gov
YOLANDA OCHOA (Cal. Bar No. 267993)

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH T. IANNELLI and ESSEX CAPITAL CORPORATION,<br><br>Defendants. | Case No.  2:18-cv-05008-FMO-AFM<br><br>**REPORT OF PRELIMINARY ACCOUNTING OF DEFENDANT ESSEX CAPITAL CORPORATION AND RECOMMENDATIONS; DECLARATION OF COURT-APPOINTED MONITOR GEOFF WINKLER** |

In accordance with Section X of this Court's October 1, 2018, the court-appointed monitor, Geoff Winkler, has prepared the enclosed written report containing a preliminary accounting for Defendant Essex and a recommendation as to whether the monitorship should be converted to a permanent receivership, whether the monitorship should continue or be expanded, or whether the monitorship should be limited or terminated.

Because the court-appointed monitor has not yet retained counsel, and in an effort to minimize the cost and expense of the monitorship, Plaintiff Securities and Exchange Commission is electronically filing this Report of Preliminary Accounting

of Defendant Essex Capital Corporation and Recommendations, and declaration in support thereof on behalf of the court-appointed monitor, Geoff Winkler. *See* Attachment 1.

Dated: December 6, 2018

                                             */s/ Douglas M. Miller*
                                             DOUGLAS M. MILLER
                                             Attorney for Plaintiff
                                             Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 6, 2018, I caused to be served the document entitled **REPORT OF PRELIMINARY ACCOUNTING OF DEFENDANT ESSEX CAPITAL CORPORATION AND RECOMMENDATIONS; DECLARATION OF COURT-APPOINTED MONITOR GEOFF WINKLER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 6, 2018             */s/ Douglas M. Miller*
                                                DOUGLAS M. MILLER

**SEC v. RALPH T. IANNELLI, et al.**
United States District Court—Central District of California
Case No. 2:18-cv-05008-FMO-AFM

### SERVICE LIST

Steven J. Olson
O'Melveny and Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: solson@omm.com

J. Jorge deNeve
O'Melveny and Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6649
Fax: 213-430-6407
Email: jdeneve@omm.com

*Counsel for Defendants*