UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH T. IANNELLI and ESSEX CAPITAL CORP.,<br><br>    Defendants. | Case No. 2:18-CV-05008-FMO-AFM<br><br>Date:  February 14, 2019<br>Time:  10:00 a.m.<br>Ctrm:  6D<br>Judge: Hon. Fernando M. Olguin<br><br>ORDER IN AID OF RECEIVERSHIP |

    The Motion of Receiver Geoff Winkler (the "Receiver") for Order in Aid of Receivership (the "Motion") is set for hearing on February 14, 2019, at 10:00 a.m. Any opposition was therefore due by January 24, 2019. See Local Rule 7-9. However, no opposition has been filed. Having reviewed and considered the Motion, and good cause appearing therefor, the Court orders as follows:

    1.    The Receiver's Motion is GRANTED, in its entirety;

    2.    The Receiver is hereby AUTHORIZED to employ and compensate the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins") as his counsel, in accordance with the terms set forth in the Motion;

    3.    The Receiver is hereby AUTHORIZED to implement the privacy protections detailed in the Motion;

4.      The Receiver is hereby AUTHORIZED to use his website, www.essex-receivership.com, to post information about the case and his activities, in conjunction with or in addition to electronic notices;

5.      The Receiver is hereby RELIEVED of the requirements of Local Rule 66-5 that the Receiver file a schedule of creditors within five (5) days of this appointment, as requested in the Motion;

6.      The Receiver is hereby RELIEVED of the requirements of Local Rule 66-7, as requested in the Motion, and is AUTHORIZED to establish a procedure to provide for electronic service only on interested parties, in the form of posting his filings with the Court to the Receiver's website, www.essex-receivership.com, and providing notice of such filings by email, where available, subject to interested parties' reserving the right to receive service of notices by mail, if they so request; and

7.      The Receiver is hereby AUTHORIZED to prepare and file interim reports with the Court, approximately every three (3) months, as requested in the Motion.

**SO ORDERED.**

Dated:  February 1, 2019

/s/
Hon. Fernando M. Olguin
Judge, United States District Court