1  DAVID R. ZARO (BAR NO. 124334)
   JOSHUA A. DEL CASTILLO (BAR NO. 239015)
2  NORMAN M. ASPIS (BAR NO. 313466)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   865 South Figueroa Street, Suite 2800
4  Los Angeles, California 90017-2543
   Phone: (213) 622-5555
5  Fax: (213) 620-8816
   E-Mail: dzaro@allenmatkins.com
6          jdelcastillo@allenmatkins.com
           naspis@allenmatkins.com
7
   Attorneys for Receiver
8  GEOFF WINKLER

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12 SECURITIES AND EXCHANGE         Case No. 2:18-cv-05008-FMO-AFM
   COMMISSION,
13                                 NOTICE OF FILING OF SIXTH
              Plaintiff,            INTERIM REPORT AND PETITION
14                                 FOR FURTHER INSTRUCTIONS OF
        v.                         RECEIVER, GEOFF WINKLER
15
   RALPH T. IANNELLI and ESSEX     Date: January 7, 2021
16 CAPITAL CORP.,                  Time: 10:00 a.m.
                                   Ctrm: 6D
17            Defendants.          Judge Hon. Fernando M. Olguin

18

19     **TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF**

20 **RECORD, AND THIS HONORABLE COURT:**

21     **PLEASE TAKE NOTICE THAT**, on December 8, 2020, Geoff Winkler,

22 the Court-appointed permanent receiver for Defendant Essex Capital Corporation

23 and its subsidiaries and affiliates, filed his Sixth Interim Report and Petition for

24 Further Instructions (the "Report"), in accordance with Civil Local Rule 66-6 and

25 this Court's February 1, 2019 Order in Aid of Receivership (ECF No. 69).

26

27

28

The Report was filed as ECF No. 197.

Dated: December 8, 2020

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
NORMAN M. ASPIS

By:    */s/ Joshua A. del Castillo*
    JOSHUA A. DEL CASTILLO
    Attorneys for Receiver
    GEOFF WINKLER

# PROOF OF SERVICE

*Securities and Exchange Commission v. Ralph T. Iannelli and Essex Capital Corporation*
USDC, Central District of California – Case No. 2:18-cv-05008-FMO-AFM

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On **December 8, 2020**, I caused to be served on all the parties to this action addressed as stated on the attached service list the document entitled: **NOTICE OF FILING OF SIXTH INTERIM REPORT AND PETITION FOR FURTHER INSTRUCTIONS OF RECEIVER, GEOFF WINKLER**

☐ **OFFICE MAIL**: By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **OVERNIGHT DELIVERY**: I deposited in a box or other facility regularly maintained by express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelope(s) or package(s) designed by the express service carrier, addressed as indicated on the attached service list, with fees for overnight delivery paid or provided for.

☐ **HAND DELIVERY**: I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **ELECTRONIC MAIL**: By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING**: By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX**: By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **December 8, 2020** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz

1153214.98/LA

- 1 -