UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RALPH T. IANNELLI and ESSEX CAPITAL CORP.,<br><br>Defendants. | Case No. 2:18-cv-05008-FMO-AFM<br><br>ORDER GRANTING SIXTH INTERIM APPLICATION OF RECEIVER, GEOFF WINKER, AND ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [196]<br>[April 1, 2020 - June 30, 2020]<br><br>Ctrm: 6D<br>Judge Hon. Fernando M. Olguin |

Before the Court is the Sixth Interim Application of Receiver, Geoff Winkler, and Allen Matkins Leck Gamble Mallory & Natsis LLP, General Counsel to the Receiver, for Payment of Fees and Reimbursement of Expenses (the "Fee Application"), filed by Geoff Winkler (the "Receiver"), the Court-appointed permanent receiver for Defendant Essex Capital Corporation and its subsidiaries and affiliates (collectively, the "Receivership Entities"), for services rendered during the period from April 1, 2020 through June 30, 2020 (the "Application Period").

The Receiver requests approval of 100% of his fees and expenses ($86,860.80 and $422.90, respectively) incurred during the Application Period, and payment, on an interim basis, of 80% of his fees ($69,488.64) and 100% of his expenses

1226342 01/LA

($422.90). The Receiver and his counsel of record, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), request approval of 100% of Allen Matkins' fees and expenses ($129,343.50 and $3,228.06, respectively) incurred during the Application Period, and payment, on an interim basis, of 80% of its fees ($103,474.89) and 100% of its expenses ($3,228.06).

The Fee Application having been considered, and good cause appearing therefor, this Court orders as follows:

1. The Fee Application is granted, in its entirety;

2. The fees and expenses incurred by the Receiver during the Application Period, in the respective amounts of $86,860.80 and $422.90, are approved;

3. The Receiver is authorized to pay himself, on an interim basis, 80% of his fees incurred during the Application Period, in the amount of $69,488.64, and 100% of his expenses incurred during the Application Period, in the amount of $422.90, from the assets of the Receivership Entities;

4. The fees and expenses incurred by Allen Matkins during the Application Period, in the respective amounts of $129,343.50 and $3,228.06, are approved;

5. The Receiver is authorized to pay Allen Matkins, on an interim basis, 80% of the fees it incurred during the Application Period, in the amount of $103,474.80, and 100% of the expenses it incurred during the Application Period, in the amount of $3,228.06, from the assets of the Receivership Entities; and

6. The fees approved, but not paid, pursuant to this Order, shall be subject to final review by the Court in connection with the Receiver's and Allen Matkins' final fee and expense application, to be submitted contemporaneously with the wind-down and termination of the receivership in the above-entitled matter.

**SO ORDERED.**

Dated: January 5, 2021                              /s/
                                                    Hon. Fernando M. Olguin
                                                    Judge, United States District Court