UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RALPH T. IANNELLI and ESSEX CAPITAL CORP.,<br><br>Defendants. | Case No. 2:18-cv-05008-FMO-AFM<br><br>ORDER ON SIXTH INTERIM REPORT AND PETITION FOR FURTHER INSTRUCTIONS OF RECEIVER, GEOFF WINKLER [197]<br><br>Ctrm: 6D<br>Judge Hon. Fernando M. Olguin |

The Court has reviewed the Sixth Interim Report and Petition for Further Instructions (the "Report") of the Court-appointed permanent receiver, Geoff Winkler (the "Receiver"), for Defendant Essex Capital Corporation and its subsidiaries and affiliates (collectively, the "Receivership Entities").

Having considered the Report, and the Receiver's recommendations as reflected therein, the Court ORDERS as follows:

1. The Receiver's Report is accepted in its entirety;

2. The Receiver is authorized to continue to administer the Receivership Entities and their estate in accordance with the terms of the Court's December 21, 2018 Order Regarding Preliminary Injunction and Appointment of a Permanent Receiver (ECF No. 66), the Court's February 1, 2019 Order in Aid of Receivership

1229586 01/LA

(ECF No. 69), and the Court's September 9, 2019 Order Regarding Permanent Injunction (ECF No. 113); and

    3.    The Receiver is authorized to undertake the recommendations presented in the Report.

**SO ORDERED.**

Dated:   January 5, 2021                        /s/
                                                    Hon. Fernando M. Olguin
                                                    Judge, United States District Court