DAVID R. ZARO (BAR NO. 124334)
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
NORMAN M. ASPIS (BAR NO. 313466)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        jdelcastillo@allenmatkins.com
        naspis@allenmatkins.com

Attorneys for Receiver
GEOFF WINKLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RALPH T. IANNELLI and ESSEX CAPITAL CORP.,<br><br>Defendants. | Case No. 2:18-cv-05008-FMO-AFM<br><br>NOTICE OF SEVENTH INTERIM APPLICATION OF RECEIVER, GEOFF WINKLER, AND ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES<br>[July 1, 2020 - December 31, 2020]<br><br>[Seventh Interim Application; Memorandum of Points and Authorities; Declaration of Geoff Winkler; and [Proposed] Order submitted concurrently herewith]<br><br>Date: March 4, 2021<br>Time: 10:00 a.m.<br>Ctrm: 6D<br>Judge Hon. Fernando M. Olguin |

**PLEASE TAKE NOTICE THAT** on March 4, 2021, or as soon thereafter as this matter may be heard in Courtroom 6D of the above-captioned Court, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Geoff Winkler (the "Receiver"), the Court-appointed permanent receiver for Defendant Essex Capital Corporation and its subsidiaries and affiliates, and his counsel of record, Allen

Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), will and hereby do submit their collective Seventh Interim Application for Payment of Fees and Reimbursement of Expenses (the "Fee Application").

The Fee Application has been submitted concurrently herewith. Pursuant to the Fee Application, the Receiver and Allen Matkins seek approval and payment of their respective fees and expenses for the period from July 1, 2020 through December 31, 2020, as follows[1]:

| **Applicant** | **Fees** | **Expenses** | **Total Amount** |
|---|---|---|---|
| **Receiver** | $294,125.20 | $703.76 | $294,828.96 |
| **Allen Matkins** | $214,731.90 | $8,666.16 | $223,398.06 |
| **Total** | **$508,857.10** | **$9,369.92** | **$518,227.02** |

The Fee Application is based on this Notice of Fee Application, the concurrently filed and supporting Memorandum of Points and Authorities, the Declaration of Geoff Winkler, and any argument or evidence presented to the Court at the hearing on the Fee Application.

Any interested parties who wish to review the Fee Application may do so by accessing the Receiver's website at www.essex-receivership.com, or by accessing the Fee Application via the United States District Court's PACER (Public Access to Court Electronic Records) system (account required) at www.pacer.gov.

**Procedural Requirement: If you oppose the Fee Application, you are required to file your written opposition with the Office of the Clerk, United States District Court, 255 East Temple Street, Los Angeles, CA 90012-4701,**

---

[1] The Receiver and Allen Matkins request payment of their fees, on an interim basis, at a reduced percentage of 80%, with the remaining "holdback" subject to payment at the time of the Receiver's and Allen Matkins' submission of their final fee application in this matter. Accordingly, by the Fee Application, the Receiver requests that the Court authorize an interim payment of his fees and expenses in the amounts of $235,300.16 and $703.76, respectively, and Allen Matkins' fees and expenses in the amounts of $171,785.52 and $8,666.16, respectively.

and serve the same on the undersigned not later than twenty-one (21) days prior to the above-referenced hearing date.

Dated:  January 28, 2021

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
NORMAN M. ASPIS

By:     */s/    Norman M. Aspis*
    NORMAN M. ASPIS
    Attorneys for Receiver
    GEOFF WINKLER

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1235130.01/LA

-3-

# PROOF OF SERVICE

*Securities and Exchange Commission v. Ralph T. Iannelli and Essex Capital Corporation*
USDC, Central District of California – Case No. 2:18-cv-05008-FMO-AFM

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 865 S. Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On **January 28, 2021**, I caused to be served on all the parties to this action addressed as stated on the attached service list the document entitled: **NOTICE OF SEVENTH INTERIM APPLICATION OF RECEIVER, GEOFF WINKLER, AND ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES [July 1, 2020 – December 31, 2020]**

☐ **OFFICE MAIL**: By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **OVERNIGHT DELIVERY**: I deposited in a box or other facility regularly maintained by express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelope(s) or package(s) designed by the express service carrier, addressed as indicated on the attached service list, with fees for overnight delivery paid or provided for.

☐ **HAND DELIVERY**: I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **ELECTRONIC MAIL**: By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING**: By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX**: By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **January 28, 2021** at Los Angeles, California.

/s/ *Martha Diaz*
Martha Diaz

1153214.99/LA

- 1 -